**870**

We have reviewed the parties' briefs and the record on appeal and find the claims of error to be without merit. The Commission's award is supported by competent and substantial evidence on the whole record and no error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum, for their information only, explaining the reasons for our decision.

The award is affirmed pursuant to Rule 84.16(b).

*ORDER*

Mohammad Aliakbari ("buyer") appeals from the judgment of the trial court dismissing counts one through three of his amended petition against James Feicht and Lee Wisniewski (collectively "appraisers") for breach of contract to a third party beneficiary, negligence, negligent representation, and violation of the Racketeering Influenced Corrupt Organizations Act ("RICO").

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Mohammad ALIAKBARI, Respondent,**

v.

**James FEICHT, et al., Appellants.**

**No. ED 82100.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 22, 2003.

Ryan S. Shaughnessy, St. Louis, MO, for appellant.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL JR., and LAWRENCE E. MOONEY, J.

■

**Kevin J. CORDIA, a Minor, by and through his Next Friend, Parent and Guardian, Patricia CORDIA, Plaintiff/Appellant,**

v.

**ROCKWOOD R–VI SCHOOL DISTRICT, Defendant/Respondent.**

**No. ED 82003.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 22, 2003.